Opinion issued December 17, 2024



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00643-CV

———————————

## IN RE INEOS AMERICAS, LLC, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator INEOS Americas, LLC and real parties in interest Arturo Jimenez, et al.[1] and intervenors Reyes Barquera-Vazquez et al.[2] filed a joint motion to dismiss the petition for writ of mandamus.[3] The parties state that because INEOS and the Jimenez plaintiffs have resolved the Jiminez plaintiffs' claims and the trial setting has been cancelled, the petition is now moot.

We grant the motion and dismiss the petition as moot. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Guerra.

---

[1] Real parties in interest include Arturo Jimenez, Amber Sturrock, Darrell Freeman, Dorothy Burford, James Luna, Jamie Ibarra, Jose Jasso, Paulo Suero, Adrian Mayorga, Alejandro Galindo, Alexander Lewis, Angelo Colon, Arnoldo Mendez, Arturo Najera, Clyde Williams, Daniel Molina, David Gabaldon, Edgar Guerra, Eduardo Delgado, Fernando Pena, Gustavo Garza, Jesus Asael Medrano Garza, Jorge Mayorga, Juan Lozoya, Luis Alonso, Marcos Gonzalez, Shawn Bird, Thaddieus Reed, Tomas Garcia, Tommy Edgar, Felix Cruz, Luis Gonzalez, David Grim, Juan Moreno Ruiz, Thomas Hunt, Tray Richard, and Bessie Smith.

[2] Intervenors include Reyes Barquera-Vazquez, Jesus Romero, Kacey Raglin, Nehemias Hinojoza, and Colin Nowlin.

[3] The underlying case is *Arturo Jiminez, et al. v. Ineos Americas, LLC and Ineos USA I, Inc.*, cause number 2023-21180, pending in the 113th District Court of Harris County, Texas, the Honorable Rabeea Collier presiding.

2